**AKERMAN LLP**
ELLEN S. ROBBINS (State Bar No. 298044)
ellen.robbins@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

**GIBBONS P.C.**
MICHAEL R. McDONALD *(Admitted Pro hac vice)*
mmccdonald@gibbonslaw.com
JOHN T. WOLAK *(Admitted Pro hac vice)*
jwolak@gibbonslaw.com
CAROLINE E. OKS *(Admitted Pro hac vice)*
coks@gibbonslaw.com
BRIELLE A. BASSO *(Admitted Pro hac vice)*
bbasso@bibbonslaw.com
One Gateway Center
Newark, NJ 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 639-6335

Attorneys for Defendant
MINKA LIGHTING, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MEDOFF, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINKA LIGHTING, LLC<br><br>Defendants. | Case No. 2:22-cv-08885- HDV−PVC<br><br>Judge: Hon. Hernán D. Vera<br><br>**JOINT CASE MANAGEMENT STATEMENT/ NOTICE OF SETTLEMENT IN PRINCIPLE** |

Plaintiff Mark Medoff ("Medoff"), through counsel Meyer Wilson Co LPA, and Defendant Minka Lighting, LLC ("Minka"), through counsel Akerman LLP, together with Gibbons P.C., hereby submit this Joint Case Management Statement on behalf of all parties in accordance with paragraph 11 of the Reassignment Order. (ECF No. 46).

1. This is a putative class action lawsuit, originally filed on December 8, 2022, arising out of a security incident where threat actors are alleged to have hacked into the computer systems of Defendant Minka, a California-based limited liability company, causing a breach of confidential information. (ECF Nos. 8, 23). In his First Amended Complaint, Medoff brought claims for breach of contract, negligence, negligence per se, and unjust enrichment (Medoff's California unfair competition claim was withdrawn).

2. Minka moved to dismiss the First Amended Complaint. (ECF Nos. 24-1, 31). On May 9, 2023, Judge Wilson entered an order and opinion granting in part and denying in part the motion to dismiss, leaving only the breach of contract claim. (ECF No. 37). At the June 12, 2023 Initial Conference, Judge Wilson entered an order staying discovery and requiring Plaintiff to file his Motion for Class Certification by July 12, 2023. (ECF No. 43).

3. June 29, 2023, the parties mediated the case, through a private mediator, and reached a class-wide settlement in principle.

4. This is a class action lawsuit, court approval of the settlement will be necessary. The parties are in the process of preparing a Settlement Agreement, the Motion for Preliminary Approval of Class Action Settlement, and all ancillary papers attendant to the settlement.

5. Because the parties have reached a class-wide settlement in principle, the parties jointly request that the Court vacate, as moot, the June 12, 2023 order (ECF No. 43), which had required the filing of a Motion for Class Certification by July 12, 2023.

/ / /

/ / /

6. The parties expect to be able to file the Motion for Preliminary Approval of Class Action Settlement within 45 days.

Dated:  June 30, 2023 　　　　　　　　Respectfully Submitted,

AKERMAN LLP

By: */s/ Ellen S. Robbins*
　　Ellen S. Robbins
　　Attorneys for Defendant
　　MINKA LIGHTING, LLC

and

GIBBONS P.C.
MICHAEL R. MCDONALD
JOHN T. WOLAK
CAROLINE E. OKS
BRIELLE A. BASSO

Attorneys for Defendant
MINKA LIGHTING, LLC

Dated:  June 30, 2023 　　　　　　　　MEYER WILSON CO., LPA

By: */s/ Matthew R. Wilson*
　　Matthew R. Wilson
　　Michael J. Boyle, Jr.
　　Attorneys Plaintiff Mark Medoff

2