| | |
|---|---|
| MEYER WILSON CO., LPA<br>Matthew R. Wilson (SBN 290473)<br>mwilson@meyerwilson.com<br>Jared W. Connors (*pro hac vice*)<br>jconnors@meyerwilson.com<br>305 W. Nationwide Blvd<br>Columbus, OH  43215<br>Telephone:     (614) 224-6000<br>Facsimile:      (614) 224-6066 | TURKE & STRAUSS LLP<br>Samuel J. Strauss (*pro hac vice* to be filed)<br>sam@turkestrauss.com<br>Raina Borrelli (*pro hac vice* to be filed)<br>raina@turkestrauss.com<br>613 Williamson St., #201<br>Madison, WI 53703<br>P: (608) 237-1775 |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK MEDOFF, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINKA LIGHTING, LLC,<br><br>Defendant. | Case No. 2:22-CV-08885<br><br>**Notice of Lodging of Proposed Order Granting Plaintiff's Unopposed Motion to Preliminarily Approve Class Action Settlement** |

Pursuant to the Court's December 11, 2023 order (ECF No. 56), Plaintiff hereby gives notice of lodging the attached proposed order granting Plaintiff's Unopposed Motion to Preliminarily Approve Class Action Settlement.

Dated: December 11, 2023                                  Respectfully submitted,

*/s/ Jared W. Connors*

Matthew R. Wilson (SBN 290473)
Jared W. Connors (*pro hac vice*)
MEYER WILSON CO., LPA
305 W. Nationwide Blvd
Columbus, OH  43215
Telephone:     (614) 224-6000
Facsimile:      (614) 224-6066
mwilson@meyerwilson.com
jconnors@meyerwilson.com

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2023, I caused the foregoing document to be electronically served on all parties' counsel of record.

            */s/ Jared W. Connors*

            Jared W. Connors