term #50

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MEDOFF, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINKA LIGHTING, LLC,<br><br>Defendant | Case No. 2:22-cv-08885-HDV-PVCx<br><br>[~~Proposed~~] Order Granting Plaintiff's Motion to Preliminarily Approve Class Action Settlement<br><br>Hon. Hernán D. Vera |

This matter having come before the Court for an Order preliminarily certifying a Settlement Class (the "Class"), as defined herein, and preliminarily approving a settlement (the "Settlement") between Plaintiff, MARK MEDOFF ("Plaintiff"), individually and on behalf of the proposed Settlement Class, and Defendant MINKA LIGHTING, LLC ("Minka" or "Defendant") and the Court having reviewed Plaintiff's Motion for Preliminary Approval of Class Action Settlement in accordance with Federal Rule of Civil Procedure 23, the Settlement Agreement and release which embodies the Settlement and has been executed by the parties, as well as the attachments thereto (collectively, the "Settlement Agreement") and the parties thereto having consented to the entry of this Order (Capitalized terms below are as defined in the Settlement Agreement);

**IT IS ON THIS** 12th day of December 2023, hereby **ORDERED** as follows:

1. *Provisional Class Certification.* Civil Action No. 2:22-cv-08885, styled *Medoff v. Minka Lighting, LLC*, shall be certified as a class action for settlement purposes only on behalf of the following class of plaintiffs:

> All individuals residing in the United States whose personal information was compromised in the Data Security Incidents that affected Minka Lighting, LLC from

approximately December 16, 2021–April 5, 2022 and June 27, 2022–June 29, 2022.

2. *Class Representative; Class Counsel.* Mark Medoff is designated as class representative and Meyer Wilson Co., LPA and Turke & Strauss, LLP are designated as counsel for the class.

3. *Notice.* Settlement Class Counsel shall within 21 days of the issuance of this order cause notice to be issued in the manner described in Paragraph 7 of the Settlement Agreement. The Court finds that this notice program constitutes the best notice practicable under the circumstances.

4. *Opt-outs or Exclusions.* The Court finds that the procedures set forth in Paragraph 7 of the Settlement Agreement sufficiently apprise the Settlement Class Members of their right to exclude themselves from the Settlement Class or to object to the Settlement.

5. *Proposed Settlement.* The proposed settlement between the plaintiff class and the defendant appears, upon preliminary review, to be within the range of reasonableness and accordingly shall be submitted to the class members for their consideration and for a hearing under Federal Rule of Civil Procedure 23(e).

6. *Final Approval Hearing.* A hearing shall be held in United States Courthouse, 350 W. 1st Street, Courtroom 5B, 5th Floor, Los Angeles, California 90012 at **10:00 AM PT on June 20, 2024**, to consider whether the settlement should be given final approval.

(a) Objections by class members (who do not timely elect to exclude themselves from the class) to the proposed settlement should be considered if filed in writing with the clerk by no later than 45 days after the Notice Date.

(b) At the hearing, class members (who do not timely elect to exclude themselves from the class) may be heard orally in support of or in opposition to the settlement, provided such persons file with the clerk by no later than 45 days after the Notice Date, a written notification of the desire to appear personally, indicating (if in opposition to the settlement) briefly the nature of the objection.

(c) Counsel for the class and for the defendant shall be prepared at the hearing

to respond to objections filed by such class members and to provide other information, as appropriate, bearing on whether or not the settlement should be approved.

   (d) Pending the result of the final approval hearing, the Court stays this case and any other actions brought by Settlement Class Members concerning Released Claims, and the Court wil retain jurisdiction over all claims relating to this Settlement Agreement.

   (e) Settlement Class Counsel shall file their fee application no later than 14 days prior to the Objection Deadline.

   (f) Settlement Class Counsel shall file a Motion for Final Approval no later than 14 days prior to the Final Approval Hearing.

Dated: 12/12/23

Hon. Hernán D. Vera, U.S.D.J.