UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:22-cv-08885-HDV-PVC | Date | June 13, 2024 |
|---|---|---|---|
| Title | Mark Medoff v. Minka Lighting, LLC | | |

| Present: The Honorable | HERNAN D. VERA, UNITED STATES DISTRICT JUDGE |
|---|---|
| Twyla Freeman | Amy Diaz |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Jared Connors | Michael McDonald |

**Proceedings:** **FINAL APPROVAL HEARING:**

**PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES, LITIGATION COSTS, AND SERVICE AWARD [59]**

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [64]**

The matter is called for hearing.

For the reasons stated on the record the court takes the matters under submission. Written order to issue.

Initials of Preparer  tf      00 : 08