| | |
|---|---|
| 1 | MEYER WILSON CO., LPA |
| | Matthew R. Wilson (SBN 290473) |
| 2 | mwilson@meyerwilson.com |
| | Michael J. Boyle, Jr. (SBN 258560) |
| 3 | mboyle@meyerwilson.com |
| | Jared W. Connors (*pro hac vice*) |
| 4 | jconnors@meyerwilson.com |
| | 305 W. Nationwide Blvd. |
| 5 | Columbus, OH 43215 |
| | Telephone: (614) 224-6000 |
| 6 | Facsimile: (614) 224-6066 |

*Attorneys for Plaintiff and the Proposed Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MEDOFF, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINKA LIGHTING, LLC,<br><br>Defendant. | Case No. 2:22-CV-08885<br><br>**Plaintiff's Notice of Supplemental Declaration in Support of Motion for Final Approval of Class Action Settlement**<br><br>Date: June 13, 2024<br>Time: 10:00 AM<br>Courtroom 5B<br><br>Hon. Hernán D. Vera |

At the June 13, 2024 fairness hearing, the Court requested an updated declaration from the Settlement Administrator detailing its actual, rather than estimated, fees for administering the settlement. *See* ECF No. 65. The updated declaration is attached. Settlement Class Counsel is pleased to inform the Court that the Settlement Administrator's fees were about $2,000 less than estimated. *See* Supplemental Declaration of Shari Lynne Grayson at ¶ 18.

1 | Dated: June 20, 2024

Respectfully submitted,

By: */s/ Jared W. Connors*

Matthew R. Wilson (SBN 290473)
Michael J. Boyle, Jr. (SBN 258560)
Jared W. Connors (*pro hac vice*)
MEYER WILSON CO., LPA
305 W. Nationwide Blvd
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile:    (614) 224-6066
mwilson@meyerwilson.com
mboyle@meyerwilson.com
jconnors@meyerwilson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2024 the foregoing was filed through the Court's CM/ECF system, which will electronically serve all parties' counsel of record.

*/s/ Jared W. Connors*

Jared W. Connors